THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES SPIRE, Appellant, *v.* ARTHUR W. KREINHEDER, as Superintendent of the Department of Public Works of the City of Buffalo, Respondent.

*People ex rel. Spire* v. *Kreinheder,* 175 App. Div. ——, affirmed.
(Argued November 23, 1916; decided December 12, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 26, 1916, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to reinstate the relator in the position of painter in the bureau of water in the department of public works of the city of Buffalo. The relator contended that he was a veteran of the Civil war and was removed without charges or a hearing, while the respondent retained in the city service two painters who were non-veterans and who were in the same civil service classification, to wit, "labor class."

*Parton Swift* for appellant.

*William S. Rann,* Corporation Counsel (*Frederic C. Rupp* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.